UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD ANGULO, | No. ED CV 12-01326-R (VBK) |
| Plaintiff, | ORDER TO SHOW CAUSE RE: DISMISSAL |
| v. | |
| CORONA-NORCO UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

The Records of the Court indicate that this action is not being diligently prosecuted by Plaintiff in that Plaintiff has failed to file a Proof of Service upon Defendants within 120 days from the filing of this Complaint pursuant to Fed.R.Civ.P. Rule 4(m).

**IT IS HEREBY ORDERED** that Plaintiff file a Proof of Service on Defendants within 15 days of the date of this Order.

Failure to timely comply with this Order shall result in the Magistrate Judge recommending the case be dismissed without prejudice pursuant to Fed.R.Civ.P. Rule 4(m).

DATED: May 2, 2013          /s/
                     VICTOR B. KENTON
                     UNITED STATES MAGISTRATE JUDGE