UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD ANGULO, | ) No. ED CV 12-01326-R (VBK) |
| Plaintiff, | ) ORDER (1) ACCEPTING THE FINDINGS |
| | ) AND RECOMMENDATIONS OF THE UNITED |
| v. | ) STATES MAGISTRATE JUDGE, AND (2) |
| | ) DISMISSING THE COMPLAINT |
| CORONA-NORCO UNIFIED SCHOOL DISTRICT, et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving the findings of the United States Magistrate Judge, and (2) directing that Judgment be entered dismissing the Complaint, and the action, without prejudice.

DATED: June 19, 2013

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE