JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD ANGULO, | ) | No. ED CV 12-01326-R (VBK) |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| CORONA-NORCO UNIFIED SCHOOL DISTRICT, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action without prejudice.

DATED: June 19, 2013

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE